## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **2:25-cv-11646-JLS (DTB)**                    Date: **March 25, 2026**

Title:  **Tamari Ferguson v. D. Samuels**
======================================================================

**DOCKET ENTRY**
======================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice                                          n/a
Deputy Clerk                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:            ATTORNEYS PRESENT FOR DEFENDANT(S):
   None present                                    None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On December 22, 2025, the Court issued an Order on Request to Proceed in Forma Pauperis (Docket No. 5), finding that Petitioner had not submitted enough information for the Court to tell if she was able to pay the full filing fee as she failed to provide the Court with a certified copy of her trust statement for the last six months.  Petitioner was ordered to file a complete CV-60P form within 30 days.

On February 5, 2026, Petitioner filed another Request to Proceed in Forma Pauperis (Docket No. 6), however, the same was not complete.  As such, on February 11, 2026, the Court issued another Order on Request to Proceed in Forma Pauperis (Docket No. 7), finding again that Petitioner had not submitted enough information for the Court to tell if she was able to pay the full filing fee.

Petitioner was ordered to file a complete Declaration in Support of Request to Proceed in Forma Pauperis, which included a completed Certificate of Authorized Officer within 30 days.

As of this date, Petitioner has failed to file a complete Declaration in Support of Request to Proceed in Forma Pauperis.

Accordingly, Petitioner is ordered to show cause, in writing, no later than **April 17, 2026**, why this action should not be dismissed, without prejudice, for failure to prosecute.

MINUTES FORM 11                                    Initials of Deputy Clerk  RAM
CIVIL-GEN

This Order to Show Cause will be discharged upon the filing of a complete CV-60P.  If Petitioner no longer wishes to pursue this action, she may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  A notice of dismissal form is attached for Petitioner's convenience.

Petitioner is warned that a failure to timely respond to this Order to Show Cause will result in a recommendation that this action be dismissed, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

**IT IS SO ORDERED.**

MINUTES FORM 11                                                    Initials of Deputy Clerk  RAM
CIVIL-GEN